IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LYNDA HART,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:13-cv-0136-L** |
| § | |
| **CAROLYN COLVIN,** § | |
| **Commissioner of Social Security** § | |
| **Administration**, § | |
| § | |
| Defendant. § | |

# ORDER

Plaintiff Lynda Hart ("Plaintiff") filed this appeal on January 11, 2013, from the adverse decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for disability insurance benefits and supplemental security income under the Social Security Act. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 15, 2013, recommending that the court dismiss Plaintiff's complaint without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

After an independent review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court **determines** that the magistrate judge's findings and conclusions are correct and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **without prejudice**.

**It is so ordered** this 21st day of January, 2014.

_____
Sam A. Lindsay
United States District Judge